UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONALD OWENS,

Plaintiff,

v.

ROMEO ARANAS, *et al.*,

Defendants.

Case No. 3:17-cv-00169-MMD-WGC

ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 38) ("R&R") which recommends dismissing Plaintiff Donald Owen's lawsuit for failure to inform the Court of his current address and to prosecute this action.[1] Plaintiff had until August 15, 2019, to file an objection. (*Id.*) To date, Plaintiff has not filed an objection to the R&R. The Court accepts and adopts the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

///

---

[1] The Court has been notified that Plaintiff is now on parole. (ECF No. 39.)

1 employed by the district court when reviewing a report and recommendation to which no
2 objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D.
3 Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that
4 district courts are not required to review "any issue that is not the subject of an objection.").
5 Thus, if there is no objection to a magistrate judge's recommendation, then the court may
6 accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226
7 (accepting, without review, a magistrate judge's recommendation to which no objection
8 was filed).

9 This Court finds it appropriate to engage in a *de novo* review to determine whether
10 to adopt Judge Cobb's R&R. The Court finds good cause to accept and adopt the R&R in
11 full.

12 In the R&R, Judge Cobb indicates that Plaintiff has had no contact with the Court
13 since January 31, 2019 (ECF No. 26), and explains the Court's inability to reach Plaintiff
14 in order to have Plaintiff file a notice of change of address in accordance with Local Rule
15 IA 3-1 (ECF No. 31). (ECF No. 38 at 2.) The R&R reflects that the Court was ultimately
16 forced to vacate the dispositive motions deadline in this case. (*Id.*) Based on this record,
17 the Court accepts and adopts Judge Cobb's recommendation that this action be
18 dismissed. *See, e.g.*, *Thompson v. Hous. Auth. of City of L. A.*, 782 F.2d 829, 831 (9th Cir.
19 1986) (recognizing that district courts have the inherent power to control their dockets and
20 "[i]n the exercise of that power, they may impose sanctions including, where appropriate .
21 . . dismissal" of a case); *Link v. Wabash R. Co.*, 370 U.S. 633 (1962) ("[W]hen
22 circumstances make such action appropriate, a District Court may dismiss a complaint
23 for failure to prosecute even without affording notice of its intention to do so or providing
24 an adversary hearing before acting.").

25 It is therefore ordered, adjudged and decreed that the Report and Recommendation
26 of Magistrate Judge William G. Cobb (ECF No. 38) is accepted and adopted in its entirety.
27 It is further ordered that this action is dismissed.
28 ///

1 | The Clerk of Court is directed to enter judgment accordingly and close this case.

2 | DATED THIS 16th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE